**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellant at No. 21,**

v.

**COLUMBIA GAS OF PENNSYLVANIA, INC., Appellant at No. 22,**

*Office of Consumer Advocate and Columbia Industrial, Intervenors.*

**Appeal of Irwin A. POPOWSKY, Consumer Advocate, Intervenor (at No. 23).**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Feb. 15, 1994.

John F. Povilaitis, Veronica A. Smith, Lawrence F. Barth, Harrisburg, for Pa. P.U.C.

Michael W. Gang, Michael W. Hassell, Harrisburg, for Columbia Gas of Pa., Inc.

Edmund J. Berger, Mary C. Kenney, Harrisburg, for Office of Consumer Advocate-intervenor in Nos. 21 and 22 M.D. Appeal Dkt. 1993.

David M. Kleppinger, Harrisburg, for Columbia Industrial-intervenor.

Craig R. Burgraff, Kent D. Murphy, Edmund J. Berger, Mary C. Kenney, Harrisburg, for Office of Consumer Advocate, intervenor in No. 23 M.D. Appeal Dkt. 1993.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.